# United States Bankruptcy Court, Northern District of Illinois, Eastern Division
# Attorney Appearance Form

Case Title:    Carl T. Groesbeck                              Case Number:    17-08351

An appearance is hereby filed by the undersigned as attorney for:

Citizens Bank, N.A. f/k/a RBS Citizens N.A.

Attorney name (type or print):    Jose Moreno

Firm:    Codilis & Associates, P.C.

Street Address:    15W030 North Frontage Road, Suite 100

City/State/Zip:    Burr Ridge, IL 60527

Bar ID Number:    6229900                              Telephone Number:    (630) 794-5300
(See item 3 in instructions)

Email Address:    ND-One@il.cslegal.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ■ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ■ No |
| Are you a member of the court's trial bar? | ☐ Yes | ■ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ■ No |

If this is a criminal case, check your status.    ☐ Retained Counsel
☐ Appointed Counsel

If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on    March 28, 2017

Attorney signature:    /s/ Jose Moreno
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015

**17-08351**

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Scott T. Zale ARDC#6304376
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A File #14-16-08522**

NOTE: This law firm is a debt collector.