## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>CARL GROESBECK<br><br>Debtor | Chapter 13<br><br>Case No. 17-08351<br><br>Hon. Jacqueline Cox<br>Room 680<br><br>Hearing Date: March 5, 2018<br>Hearing Time: 9 AM |

### NOTICE OF MOTION

To:    See Attached Service List

PLEASE TAKE NOTICE THAT on **Monday, March 5, 2018 at 9 AM**., we shall appear before the Honorable Jacqueline Cox, or any other Judge sitting in her stead in Courtroom 680 of 219 South Dearborn, Chicago, Illinois,, at which time we shall present **MOTION TO MODIFY CHAPTER 13 PLAN,** a copy of which is attached hereto and served upon you, and shall pray for the entry of an order in conformity with said pleading, at which time and place you may appear if you so see fit.

**Carl Groesbeck**, Debtor

By**:**     /s/ Devvrat Sinha
           One of her attorneys

Devvrat Sinha, Esq. (No. 06314007)
Weissberg and Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, IL  60605
T. 312-663-0004
F. 312-663-1514

## **CERTIFICATE OF SERVICE**

      I, Devvrat Sinha, certify that on January 26, 2018, I caused to be filed, **MOTION TO MODIFY CHAPTER 13 PLAN.** Notice of this filing was sent by the court's ECF electronic transmission to the following parties, and to any other persons-in-interest registered with the Court's electronic transmission system:

Patrick S. Laying, Esq.
Office of the U.S. Trustee
219 South Dearborn, 8th Floor
Chicago, IL 60604

Tom Vaughn, Esq.
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
*(Chapter 13 Trustee)*

Jose Moreno, Esq.
Citizens Bank, N.A.
Codilis & Associates

AND BY FIRST CLASS MAIL TO THE FOLLOWING PARTIES:

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

                                                 /s/ Devvrat Sinha
                                                   Devvrat Sinha

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>CARL GROESBECK<br><br>Debtor | Chapter 13<br><br>Case No. 17-08351<br><br>Hon. Jacqueline Cox<br>Room 680<br><br>Hearing Date: March 5, 2018<br>Hearing Time: 9 AM |

## MOTION TO MODIFY CHAPTER 13 PLAN

NOW COMES Debtor, Carl Groesbeck ("Debtor"), through her attorney, Devvrat Sinha of the law firm of Weissberg and Associates, Ltd., and, as Debtor's *Motion to Modify Chapter 13 Plan*, states as follows:

1. On March 16, 2017, the Debtor filed a voluntary petition in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division seeking to reorganize under Chapter 13 of the Bankruptcy Code. (DE 1).

2. On June 5, 2017, Debtor filed a Modified Chapter 13 plan. (DE 32).

3. On June 5, 2017, the Court entered an Order confirming the Chapter 13 Plan.

4. Pursuant to Bankruptcy Code Section 1329, the Debtor is seeking to modify the Confirmed Chapter 13 Plan, and a copy of the Modified Plan is attached hereto as Exhibit 1. The Modified Plan addresses any deficiencies from the prior Chapter 13 Plan that the Debtor filed.

5. The Modified Chapter 13 plan increases the plan payment from $495.00 per month to $700.00 per month, and increases the plan term from 48 months to 60 months. The Modified Plan removes the balloon financing at the end of month 48, which was part of the original plan.

6.      The new plan is in the best interest of creditors, as it increases monthly plan payment and the plan term to provide funds to creditors without relying on the balloon payment at the end of month 48.

WHEREFORE, Debtor, Carl Groesbeck, respectfully requests this Court enter an order granting the Debtor leave to modify the Chapter 13 Plan pursuant to the Modified Plan attached hereto as Exhibit A; and for such other and further relief as this Court deems just and proper.

**Carl Groesbeck** , Debtor

By**:**     /s/ Devvrat Sinha
            One of her attorneys

Devvrat Sinha, Esq. (No. 06314007)
Weissberg and Associates, Ltd.
401 S. LaSalle St., Suite 403
Chicago, IL  60605
T. 312-663-0004
F. 312-663-1514
Email: dev@weissberglaw.com